USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
VICTOR LOPEZ,

                Plaintiff,

    -against-

QUIP NYC INC,

                Defendant.
----------------------------------------------------------------X

25-CV-6388 (DEH) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Voluntary Dismissal filed on September 19, 2025 (doc. no 9) the Initial Case Management Conference currently scheduled for **October 30, 2025** is hereby adjourned *sine die*.

    **SO ORDERED.**

DATED:    New York, New York
                September 22, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge